1  Paul E. Manasian (SBN 130855)
   MANASIAN & ROUGEAU LLP
2  400 Montgomery Street, Suite 1000
   San Francisco, CA 94104
3  Tel: (415) 291-8425
   Fax: (415) 291-8426
4  Email: manasian@mrlawsf.com

5  Attorney for Defendant
   ERIBERTO FERNANDEZ
6

7               UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

9

10

11 | CENTURY 21 REAL ESTATE LLC,            ) Case No. CV13-0887 EJD
   | formerly known as CENTURY 21 REAL      )
12 | ESTATE CORPORATION, a Delaware         )
   | limited liability company,             ) [PROPOSED] ORDER ON STIPULATION TO
13 |                                        ) SET ASIDE DEFAULT
   |                                        )
14 |                                        )
   |        Plaintiff,                      )
15 |                                        )
   |                                        )
16 | vs                                     )
   |                                        )
17 | ED/VAR INC., a California corporation  )
   | doing business as CENTURY 21           )
18 | ACTION; CARLOS VARGAS, also            )
   | known as CHUCK VARGAS, an              )
19 | individual; and ERIBERTO               )
   | FERNANDEZ, also known as EDDIE         )
20 | FERNANDEZ, an individual,              )
21 |                                        )
   |                                        )
22 |        Defendants.                     )

23

24     Pursuant to the Stipulation to Set aside Default entered into between Plaintiff Century 21

25 Real Estate, LLC ("Century 21") and Defendant Eriberto Fernandez ("Fernandez") it is hereby

26 ORDERED:

27     1.    The default entered against Defendant Fernandez is hereby set aside; and,

28

-1-

ORDER ON STIPULATION TO SET ASIDE DEFAULT

2. Defendant Fernandez shall answer the Complaint filed by Plaintiff Century 21 on or before June 3, 2013.

Dated: 6/4/2013

Hon. Edward J. Davila
United States District Judge

Approved as to form and substance:

Dated: June 3, 2013          GORDON & REES, LLP

*/s/ Aaron P. Rudin*
Attorneys for Plaintiff CENTURY 21
REAL ESTATE LLC

-2-

ORDER ON STIPULATION TO SET ASIDE DEFAULT