Paul E. Manasian (SBN 130855)
MANASIAN & ROUGEAU LLP
400 Montgomery Street, Suite 1000
San Francisco, CA 94104
Tel: (415) 291-8425
Fax: (415) 291-8426
Email: manasian@mrlawsf.com

Attorney for Defendant
ERIBERTO FERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware limited liability company,<br><br>     Plaintiff,<br><br>vs<br><br>ED/VAR INC., a California corporation doing business as CENTURY 21 ACTION; CARLOS VARGAS, also known as CHUCK VARGAS, an individual; and ERIBERTO FERNANDEZ, also known as EDDIE FERNANDEZ, an individual,<br><br>     Defendants. | Case No. CV13-0887 EJD<br><br>[PROPOSED] ORDER ON STIPULATION TO SET ASIDE DEFAULT |

Pursuant to the Stipulation to Set aside Default entered into between Plaintiff Century 21 Real Estate, LLC ("Century 21") and Defendant Eriberto Fernandez ("Fernandez") it is hereby ORDERED:

   1.   The default entered against Defendant Fernandez is hereby set aside; and,

2.   Defendant Fernandez shall answer the Complaint filed by Plaintiff Century 21 on or before June 3, 2013.

Dated:  6/4/2013

Hon. Edward J. Davila
United States District Judge

Approved as to form and substance:

Dated: June 3, 2013                GORDON & REES, LLP

*/s/  Aaron P. Rudin*
Attorneys for Plaintiff CENTURY 21
REAL ESTATE LLC

-2-

ORDER ON STIPULATION TO SET ASIDE DEFAULT