**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9              SAN JOSE DIVISION

10   CENTURY 21 REAL ESTATE LLC,              CASE NO. 5:13-cv-00887 EJD

11                                            **ORDER DISCHARGING ORDER TO**
                  Plaintiff(s),              **SHOW CAUSE; STRIKING ANSWER**
12        v.                                  **OF ED/VAR INC.**

13   ED/VAR INC., et. al.,

14

15              Defendant(s).
     _____/

16        On September 24, 2013, the court issued an order requiring Defendants ED/VAR Inc. and

17   Carlos Vargas to show cause on or before October 8, 2013, why their answers should not be

18   stricken. See Docket Item No. 39.  The court observed that despite previous instructions, an

19   attorney had not appeared in this action on behalf of ED/VAR Inc.  In addition, the docket revealed

20   that Vargas did not participate in the preparation of a Joint Case Management Statement in

21   anticipation of the scheduling conference on September 27, 2013.  Under those circumstances, it

22   appeared to the court that ED/VAR Inc. and Carlos Vargas had abandoned their defense.

23        Plaintiff filed a return to the show cause order explaining that Carlos Vargas had, in fact,

24   attempted to participate in the preparation of a Joint Case Management Statement but that his

25   proposed revisions were not ultimately incorporated due to issues related to timing. See Docket

26   Item No. 40.  Plaintiff further stated that ED/VAR Inc. did not participate and had not retained

27   counsel.

28        Accordingly, the court finds based on Plaintiff's filing that Carlos Vargas has demonstrated

1

CASE NO. 5:13-cv-00887 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE; STRIKING ANSWER OF ED/VAR INC.

1  good cause as required. The Order to Show Cause is therefore DISCHARGED as to him. However,

2  ED/VAR Inc. has failed to show good cause and has failed to retain counsel as previously ordered.

3  Its answer filed May 1, 2013, is therefore STRICKEN.

4  **IT IS SO ORDERED.**

5

6  Dated: October 22, 2013

   EDWARD J. DAVILA
7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

CASE NO. 5:13-cv-00887 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE; STRIKING ANSWER OF ED/VAR INC.