IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, | CASE NO. 5:13-cv-00887 EJD |
| Plaintiff(s), | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| ED/VAR INC., et. al., | |
| Defendant(s). | |

In light the representations contained in the joint statement filed on July 25, 2014 (see Docket Item No. 52) and good cause appearing therefor, the Status Conference scheduled for August 1, 2014, is CONTINUED to **10:00 a.m. on September 26, 2014.** The parties shall file an updated Joint Status Conference statement on or before **September 19, 2014**, unless a stipulated dismissal is filed prior to that date.

All other pretrial hearings and deadlines, including the bench trial scheduled to commence on September 16, 2014, are VACATED.

**IT IS SO ORDERED.**

Dated: July 28, 2014

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:13-cv-00887 EJD
ORDER CONTINUING STATUS CONFERENCE